UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR SHERMAN, et al., | Case No. 5:14-cv-01064-PSG |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 29)** |
| HAYNES & BOONE, LLP, et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 9, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 29.

[2] *See* Docket No. 36.

1

Case No. 5:14-cv-01064-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Non-expert discovery cutoff……………………………………….............October 16, 2015

FRCP 26(a)(2) designation of expert disclosures………………….......November 20, 2015

Rebuttal expert reports…………………………………………….....December 18, 2015

Expert discovery cutoff……………………………………………….….January 22, 2016

Hearing of dispositive motions……………………….………………...February 16, 2016

Pre-trial conference…………………………………….….………………March 15, 2016

Trial………………………………………………...........................................April 11, 2016

**SO ORDERED.**

Dated: November 7, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-01064-PSG
CASE MANAGEMENT ORDER