Louis S. Abronson, State Bar # 203737
Abronson Law Offices
236 N. Santa Cruz Ave., Ste. 227
Los Gatos, CA 95030
(408) 687-9155

Attorney for Plaintiffs
Arthur Sherman and
Sherman & Associates, Inc.,
a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SHERMAN, and SHERMAN & ASSOCIATES, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HAYNES & BOONE, LLP, a Texas Limited Liability Partnership; MACPHERSON KWOK CHEN & HEID LLP; CLARK STONE, an individual; and DOES 1 through 200, <br><br> Defendants. | Case No. 5:14-cv-01064-PSG <br><br> REQUEST FOR DISMISSAL <br><br> Trial Date: April 11, 2016 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Please dismiss with prejudice the entire action of all parties and all causes of action, with each side to bear its own costs.

Dated: 7-29-15          By: _____
                              Louis S. Abronson
                              Attorney for Plaintiffs

SO ORDERED.
Dated: July 31, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

1

REQUEST FOR DISMISSAL